FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

SEP 2 8 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

*Abdulah Abd-al Muhaymin Faruq*

(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. _141,353_____

V.                    CASE NO. _06-5182____

*Benjamin Little*
*James Hodges; Beth Echols;*

( *SEE ATTACHMENT FOR ADDITIONAL NAMES* )
(Enter above the **full** name of the defendant,
or defendants, in this action.)

I.    **Previous Lawsuits**

    A.    **Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

        Yes _____        No __✓___

    B.    **If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

        1.    **Parties to this lawsuit**

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

        2.    **Court (if federal court, name the district; if state, name the county:**

            _____

            _____

3.   Docket number: _____

4.   Name of judge to whom case was assigned: _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

II.   Place of Present Confinement: *Greene Co. Jail - 1000 N. Booneville Springfield, Mo. 65802*

III.   There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

A.   Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes   ✓          No _____

B.   If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

C.   If your answer is NO, explain why not: _____

_____

_____

IV.   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of plaintiff: *Khalilah Abdal Muhaymin Farug*
Address: *1000 N. Booneville, Springfield, Mo. 65802*

-2-

(In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.    Defendant: _Benjamin Little_

Position: _Sergeant - Criminal Investigator_

Place of Employment: _Siloam Springs Police Dept._

Address: _104 N. Broadway, Siloam Springs, AR 72761_


Defendant: _Thomas Hodges_

Position: _Police Officer_

Place of Employment: _Siloam Springs Police Dept._

Address: _104 N. Broadway, Siloam Springs AR 72761_


Defendant: _Brandy Williams_

Position: _Business Owner_

Place of Employment: _Williams Trucking and A&W Trucking_

Address: _6577 Cedar Dr. Concord, OH 44338_


Defendant: _Norman F. Mullenmul Jr._

Position: _Detective_

Place of Employment: _Springfield Police Dept._

Address: _321 E. Chestnut Expwy. Springfield, MO. 65802_


Defendant: _Beth Echols_

Position: _Deputy Prosecuting Atty._

Place of Employment: _Benton County_

Address: _P.O. Box 80 Siloam Springs AR 72761_

Defendants in this action continued

Norman T. Muddleman Jr.

Ready Williams,

Robert C. Butts

Brenda Deshields

Lynette Ashwish

Sandy Lukjan

Robin Green

Brinshaw Center

B. R. Austin

City of Siloam Springs

Siloam Springs Police Dept.

Sgt. Y/Joss

Parties Section IV. B continued

Robert C Balfe
Prosecutor
Nineteenth Judicial District West
100 N.E. "A" Street, Bentonville AR 72712

Brenda Seshields, &
Clerk of Court
Siloam Springs Circuit Court
P.O. Box 80, Siloam Springs AR 72961

Lynnette Dahlrash
Deputy Clerk
Siloam Springs Circuit Court
P.O. Box 80, Siloam Springs AR 72761

Sandy Ludgene
Circuit Clerk District Court
Siloam Springs Circuit Court
P.O. Box 80, Siloam Springs AR 72761

Robin Cantral
Prosecutor of Benton County
Nineteenth Judicial District West
100 N.E. "A" Street, Bentonville AR 72712

Brandon (Last name unknown) Carter
Prosecutor
Nineteenth Judicial District West

Parties Section IV. B continued
100 N.E. "A" Street. Bentonville, AR 72712

B. P. Austin
Officer
Siloam Springs Police Dept.
Site 104 N. Broadway  Siloam. Springs. AR. 72761

City of Siloam Springs
Municipality
Benton County Arkansas
104 N. P.O. Box 80  Siloam Springs, AR 72761

Siloam Springs Police Dept.
Police Force
City of Siloam Springs
104 N. Broadway  Siloam Springs, AR 72761

Sgt. Moss
Police Officer
Siloam Springs Police Dept.
Site 104 N. Broadway  Siloam Springs, AR. 72761

**V.      Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates and places.  Do not
give any legal arguments or cite any cases or statutes.  If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph.  (Use as
much space as you need.  Attach extra sheets if necessary.)

Because the parties are numerous and those
issues are lengthy I have those numbered
paragraphs on attached sheets. And that to the
exclusion of Mr. Williams, all defendants
are sued in their personal and official capacity.
                                    (SEE attachment(s))
                                    (Also see exhibits)

**VI.     Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

Grant and order defendants to pay: $100.00 per day to
plaintiff for each day that exceeded the 180 day writ; pay to
plaintiff and Mr. Williams approximately $7500.00 for each month
that he would have earned for Mr. Williams; Grant a trial by July.
                                                    (SEE attachment)

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621)
that the foregoing is true and correct.

Executed this __20__ day of __September__, 20 _06_.

X_____
**Printed Name of Plaintiff**

X_____
**Signature of Plaintiff**

-4-

Mallot #801
10-1-05
1727hrs

# GREENE COUNTY JAIL  INFORMAL REQUEST FOR REMEDY

INMATE: _Rhuine - for C_  CELL: _227_  DATE: _10/3/05_

DATE, TIME, & LOCATION OF INCIDENT: _9/m. 22.04 13.12hrs._
_filed Detainer Held for another state_

NATURE OF COMPLAINT: _But I filed charges both a hold on me_
_in a other state a his hold me a I hope he to be_
_Arkansas while Arkansas has wrongfully locked a an me_
_on Detainer According to Ark. R. Crim. P. 29.1 because it I_

DATE: _10/3/05_  INMATE SIGNATURE: _[signature]_

○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○

RECEIVED BY OFFICER: _Lt. D. Acox, DHU_  DATE / TIME: _08:10 10-02-05_

OFFICER'S RESPONSE: _The State of Arkansas has been contacted on_
_this detainer. They Do want you. This is not an_
_illegal hold._

DATE/TIME RETURNED: _11-04-05_  OFFICER SIGNATURE: _L. D. Acox_

If Dissatisfied With The Above Response, Appeal By Filling Out Bottom Portion Of This Form And Return To Control Room Officer Within **24 Hours.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I, THE ABOVE NAMED INMATE, AM DISSATISFIED WITH THE ABOVE RESPONSE AND WISH TO RESUBMIT TO THE SHIFT SUPERVISOR FOR FURTHER REVIEW AND CONSIDERATION BECAUSE:

STATE REASON: _____

_____

_____

DATE: _____  INMATE SIGNATURE: _____

○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○○

RECEIVED BY OFFICER: _____  DATE / TIME: _____

SUPERVISOR'S RESPONSE: _____

_____

_____

_____

DATE: _____  SUPERVISOR'S SIGNATURE: _____

INMATE ADVISED AND GIVEN COPY OF RESPONSE. DATE / TIME _____

If Dissatisfied With The Supervisor's Response, Appeal By Submitting A Request For Administrative Remedy, Level #3, Administrative Assistant of the Jail Within **2 Calendar Days.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

DISTRIBUTION : LEVEL #1  ALL COPIES RETURNED TO INMATE

LEVEL #2  Orig. WHITE = INMATE FILE
          Copy  YELLOW = INMATE , FOR ATTACHMENT TO LEVEL #3 REQUEST
          Copy  PINK = INMATE, FOR RETENTION

**LEVEL #1 FLOOR OFFICER**

**LEVEL #2 LT. OR SGT.**

State of Claim continued Section V.

1. On November 14, 2003 Plaintiff was confined in the Greene County Jail Springfield, Mo. 65802 on charges unrelated to those of this complaint and Arkansas.

2. On March 22, 2004, Greene County Supervisor Lieutenant Scott, David notified Plaintiff of a detainer from Siloam Springs Arkansas signed by Brenda Shields-Clerk and Lynette Saharsh-Deputy Clerk, (Exhibit 1) and further issued a Warrant Hold No. SSF-026-03 with a Case No. Pending-03F001578, under the name of Louis Lamar AKA Khalifah Faruq for the felony charge of theft of property belonging to the Siloam Springs-Fitness Center and Owner Mr. Randy Williams, without bond or a court date. (Exhibit 2)

3. Plaintiff had control, power, and authority and right to be in possession of that property belonging to the Siloam Fitness Center and Mr. Williams as Plaintiff was the sole employee of Mr. Williams employed at the Fitness Center.

4. Plaintiff had made contact with his attorney for over two months in the initial 60 days of confinement requesting Mr. Williams property be located and turned over to him. (Exhibit 3)

5. On March 22, 2004 Officer-Operator Martin

by authority of Sergeant Moss both of Siloam
Springs Police Dept. Arkansas via Inx and Telex
informed Greene County Missouri law enforce-
ment that subject/plaintiff was wanted and to
place a hold on plaintiff (Exhibit 4) and that
plaintiff was using a stolen and or false name,
date of birth and social security number (i.e. Khal-
ifah Faruq, 11/21/61, 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), (Exhibit 4A) and
subsequently the Greene County, Missouri
Sheriff Dept. placed a detainer for the Siloam
Springs Agency under warrant No. SSF02603 against
plaintiff. (Exhibit 4B)

6. On May 28, 2004 Plaintiff filed with the Siloam
Springs Circuit Court Clerks office a request for
Speedy Trial and a return copy stamped filed.
(Exhibits 5, 5(A))

7. On June 11, 2004 defendant Robert C. Balfe prosec-
utor of Benton County, Arkansas wrote back and
stated plaintiffs name was not in there system
anywhere. (Exhibits 6, 6(A))

8. On July 17, 2005 Plaintiff requested a query to be
sent over the NCIC criminal database to check
on any hits since Arkansas prosecutor had stated
no name or warrant could be found, yet, If

still could not make bond, no response to my speedy trial was forthcoming and there remaining is hold from Arkansas. (Exhibit 7)

9. On July 23, 2005 Amy Harrison of the Siloam Springs Police Dept. confirmed a valid warrant, would extradite and asked if plaintiff has signed a waiver. (Exhibit 8)

10. On July, 23, 2005 Plaintiff was advised to contact Sgt. Ulmer at Benton County Jail for verification of the warrant and case number. (Exhibit 9)

11. On August 1, 2005 Sgt. Ulmer returned correspondence stating no active warrant shown and further provide addresses to the Benton County Circuit Clerks' Office and Bentonville District Court. (Exhibit 10) (and 10(A))

12. On August 1, 2005 Lieutenant David Scott gave to Plaintiff a document from Siloam Springs Police Department entitled "Confidential" that indicated of plaintiff and Mr. Williams property was in Siloam Springs Evidence Room # 371, 906 and had always been since approximately 11/17/03. (Exhibit 11)

13. In the document file recieved from Lt. Scott

(SEE ITEM 13) Plaintiff received a probable cause statement prepared by Sergeant Benjamin Little taken from informations provided by Officer Hodges, both officers of Siloam Springs Police Dept., Danny Lubritz and Brandy Williams of Siloam Springs and Oklahoma and Detective Norman Mueller man Jr. #806 of Springfield Mo. Police Dept. (Exhibit 12-pages 2 thru 4)

14. The previous mentioned document was stamped by Sandy Lutjen District Court Clerk of Siloam Springs, a Misdemeanor Court, and has unlegibly written judges signature and the signature of Nancy Cash-Court Clerk who verifies this document is a copy dated same by writing in 11-25-03 as the date copies were made and Mrs. Lutjen filed for a warrant and the judges make an Order. (Exhibit 13)

15. Deputy Prosecuting Attorney Beth Echols, approved by for the statement of probable cause from Benjamin Little. (see exhibit 13)

16. On August 30, 2005 Plaintiff for Motion to Dismiss the underlying charges of Arkansas by mailing the original and a copy to Circuit Court Clerks Office Attention Sandy Lutjen P.O. Box 89 Siloam Springs, AR. and Prosecuting Attorney Office Allen Robin

Baker and Brandon Carter Nineteenth Judicial District West 100 N.E. "A" Street Bentonville, Ar. 72712 and Judge Conklin Greene County Circuit Court 1010 Boonville, Springfield, Mo. 65802 (Exhibit 14, (2 pages))

17. On October 3, 2005 because defendant failed and or refused to respond to Plaintiff's speedy trial and motion to dismiss Plaintiff filed in the Circuit Court of Greene County Missouri Writ of Habeas Corpus fighting Extradition. (Exhibit 15, 49 pages)

18. On December 16, 2005, Writs filed December Officer Terry M. Greenke of Greene County Sheriff's Dept. Missouri instructed Benton County Sheriff/Office to start Governors Warrant on Subject out of Siloam Springs Ar. so that the judge in Missouri could dismiss the fugitive bond or Warrant on Plaintiff. (Exhibit 16)

19. The same information filed Benton County Ar. was also filed to Baxter County Ar. through Warrant Clerk Janice Dugan on Mr. M. Greenke's Authority. (Exhibit 17)

20. Both Counties in Arkansas responded in kind

instructing Mr. Mc'Cracken to "Please Dismiss
the Hold on Doers Lamar AKA. Kabulah Faruq".
(Exhibits 18, 19)

21. On December 16, 2005 in case no. 305 CF 12033
Judgement was made in Plaintiffs' favor case
dismissed and warrant recalled via fax with
Judge Mark-Fitzsimmons presiding. (Exhibit 20)

21. The Order further shows on 12/21/05 2b/1/s
Dismissal. (see exhibit 20)

22. On December 19, 2005 Jay Saxton Chief Public
Defender for the 19th Judicial West District
of Benton County was contacted and responded
with information stating that Plaintiffs' case was
filed in the Benton County Circuit Court according
to Anita Shelby Office Manager. (exhibit 21)

23. On December 20, 2005 B. K. Austin of Siloam
Springs Police Dept. files request for Mr. Mc'Cracken
to replace the warrant hold due to Siloam
Springs having an active warrant and that
Benton County Sheriffs' Office has no jurisdiction
on the Plaintiff. This was recieved by Judge
Conkling of Greene County Missouri Circuit Court.
(exhibit 22)

24. Defendants had no knowledge of the name Logan Laman only Kashish Young said that officer Muelleman of Springfield falsely informed defendants of Siloam Springs this fact.

25. Defendants Muelleman and Jelmeland of Springfield Missouri Police Dept. did in fact have full possession of Mr. Williams and Siloam Springs Fitness Center property on November 15, 2003 and failed to turn that property over to Mr. Williams cause Mr. Williams to believe he stole property.

26. Defendant Muelleman false asserted that Officer Evans informed him that plaintiff had an assault pursuit in Arkansas causing the Missouri Court to place a high bond on plaintiff.

27. Defendant Muelleman falsely asserted that Sgt. Ross informed him that plaintiff had been arrested in Siloam Springs a month prior to November 17, 2003 for stealing causing the Missouri Court to place a high bond on plaintiff.

28. Siloam Springs Circuit Court was aware that plaintiff filed a fast and speedy trial request

To lose, his business (Fitness Center) because Plaintiff was personally involved with each client, knew their needs, provided personal training, held all records, files and general business information.

32. Mr. Danny Lubritz' interference that on one occassion he viewed plaintiff counting money behind the counter is a reference that plaintiff was stealing when Mr. Lubritz knew plaintiff worked for Mr. Williams.

Relief continued Section VI
Order and direct Siloam Springs Police Dept. and Officers, J. Eldridge, and Mr. Kleman to pay the sum of that property lost, stolen or misplaced or otherwise made useless by time, checks and cash defendant held in an evidence locker SMP-906. Its equivalent plus interest incurred over time for that which is out-of-pocket expenses.

** ARRANT **

WARRANT N-. SSF-026-03

# Siloam Springs P.D.  CASE NO. PENDING 03F001578

B/M; DOB 11-21-61

*Exhibit 2(0)*

THE STATE OF ARKANSAS

   TO ANY SHERIFF, CONSTABLE, CORONER, POLICEMAN OR MARSHAL OF THIS STATE:

YOU ARE COMMANDED FORTHWITH TO ARREST

         LOUIS LAMAR
         AKA: KAHALIFAH FARUQ

AND BRING HIM BEFORE THE BENTON COUNTY  CIRCUIT COURT TO ANSWER AN

INFORMATION IN THAT COURT AGAINST HIM FOR:

   THEFT OF PROPERTY; 5-36-103; CLASS C FELONY

A FELONY, A MISDEMEANOR, OR IF COURT BE ADJOURNED FOR THE TERM THAT YOU

DELIVER HIM TO THE JAILER OF BENTON COUNTY, ARKANSAS

WITNESS MY HAND AND THE SEAL OF SAID COURT THIS 25TH DAY OF NOVEMBER 2003

                        BRENDA DESHIELDS, CLERK

                    BY *Lynette Dabaish*          D.C.

============================================================

STATE OF ARKANSAS - COUNTY OF BENTON )SS

I HEREBY CERTIFY THAT I HAVE THIS _____ DAY OF _____   20 _____

DULY SERVED THE WITHIN WARRANT BY ARRESTING THE WITHIN DEFENDANT.

_____ SHERIFF

CIR118            BY _____ D.S.

*Exhibit B*

SILOAM SPRINGS POLICE DEPT

# WARRANT HOLD

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Green County SO Jail, Springfield MO | FROM:<br>Martin |
| COMPANY: | DATE:<br>3/22/04 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER:<br>2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE:<br>**WARRANT HOLD** | YOUR REFERENCE NUMBER: |

☑ PLACE HOLD FOR SILOAM SPRINGS POLICE DEPT

| Name: Lamar, Louis aka Faruq, Kahalifah | | | DOB: 1961 11 21 | |
|---|---|---|---|---|
| **Warrant #"s** | SSF-026-03 | | | |
| **Amounts** | No Bond | | | |
| **Court date:** Not issued yet | | **Time:** 0830 | Cash only ☐ | bondable ☐ |
| | | | | |

**Comments:**
Please hold subject for our felony warrant of Theft of Property, Class C Felony
Notify us when he is finished with your charges…
Thanks



# MISSOURI STATE PUBLIC DEFENDER SYSTEM

Trial Division
630 N. Robberson
Springfield, Missouri 65806
Telephone: 417-895-6740      Fax: 417-895-6780

January 21, 2004


Mr. Khalifah A. Faruq
Greene County Jail
1000 Boonville
Springfield, MO 65802


Re: 303CF9408


Dear Mr. Faruq:

Both of your cases have been set for preliminary hearing on February 11, 2004 at 1:00 PM. My investigator has contacted your boss in Arkansas but we have yet to locate your checks. I spoke with Ms. Tobin regarding your Christian County case and it appears as if the only charge relating to the Ford Explorer down there was Receiving Stolen Property. Thus, Greene County can charge you with Failure to Return Rental Property. I will come down to talk with you as soon as my schedule permits.

Sincerely,

Christopher Hatley
Assistant Public Defender

16DK0SK0GMR.NLET                    14.54  03/22/04

AM.AR00403300
13:53  03/22/2004  03.09
13:53  03/22/2004  07344  M003900000
TXT
TO:        GREEN COUNTY SO AND JAIL
FROM:      SILOAM SPRINGS POLICE DEPARTMENT
           SILOAM SPRINGS ARKANSAS
RE:        PRISIONER LAMAR,LOUIS AKA FARUQ,KAHALIFAH
           DOB 11-21-61

WE HAVE NOTICE THAT YOU HAVE THE ABOVE SUBJ IN CUSTODY.
PLEASE PLACE A HOLD FOR OUR DEPARTMENT.  WE DO HAVE
A FELONY WARRANT FOR THIS SUBJECT.  WILL FAX A COPY TO
YOU.  AGAIN, PLEASE PLACE A HOLD FOR OUR DEPARTMENT FOR
OUR FELONY WARRANT.  WARRANT IS FOR THEFT OF PROPERTY
CLASS C FELONY.  THANKS FOR YOUR HELP, HE IS ENTERED INTO
NCIC.
THANKS
AUTH/SGT MOSS
OPER/MARTIN

14:54

```
s0C16Dk0Sk0GFROM-MULES      DATE: 03-22-04 TIME: 15.06.** CAUTION !   CAUTION !   CA
UTION ! **
QWR.LNM/FARUQ.FNM/KHALIFAH.MNI/A.DOB/112   FARUQ            KHALIFAH
*Q11   NO MULES WANT OR WARRANT:
       NAM/FARUQ              KHALIFAH     A DOB/112161
  &TC
```

```
s0C16Dk0Sk0GFROM-NCIC          DATE: 03/22/2004   TIME: 15:06:10 DEST TERM: WSO0CGR
6
QW.M00390000.NAM/FARUQ, KHALIFAH A.DOB/19611121.ENS/N

M00390000

* * * * *
WARNING — THE SUBJECT IDENTIFIED IN THIS RECORD NIC/W065132814 IS
KNOWN TO USE THE FOLLOWING STOLEN OR FALSE (S/F) IDENTIFICATION
DOCUMENTS. USE CAUTION IN VERIFYING THE IDENTITY OF THIS PERSON.
S/F NAM/FARUQ,KAHALIFAH
S/F DOB/19611121
S/F SOC/492708748
MKE/WANTED PERSON
FULL·EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/AR0040300 NAM/LAMAR,LOUIS SEX/M RAC/B DOB/19611121
HGT/510 WGT/195 EYE/BRO HAI/BLK
SOC/492708748
OFF/STOLEN PROPERTY
DOW/20031125 OCA/03001578
WNO/SSF02603
VLD/20040319
MIS/EMPLOYEE THEFT OF CASH AND CHECKS
ORI IS SILOAM SPRINGS PD 479 524-4118
  &PN
s0C16Dk0Sk0GNIC/W065132814 DTE/20031125 1642 EST

IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
  &TC
```

```
s0C16Dk0Sk0GMR.CGR6        15.12 03/22/04
CGRE AR0040300
0403228J SO GREENE COUNTY-SPRINGFIELD 032204
```

SILOAM SPRINGS ARKANSAS POLICE DEPT

MR.REF FARUQ KHALIFAH A M B 112161

SUBJECT IS IN OUR CUSTODY ON SEVERAL LOCAL CHARGES BUT WE HAVE PLACED A DETAINER
FOR YOUR AGENCY UNDER WNO SSF02603 & OUR EXT UNIT WE CONTACT YOUR AGENCY ONCE
HE HAS CLEARED OUR CHARGES IF YOU HAVE ANY QUESTIONS CALL 4178684048.EOMR

GREENE COUNTY JAIL SPFLD MO 109 1512 CST

EOMR
15:13

GREETINGS FROM Far Far Away

THIS LETTER IS FROM AN INMATE OF THE GREENE COUNTY JUSTICE CENTER

SPRINGFIELD MO 658

Khalilah Sawa
1000 N. Booneville
Springfield, Mo. 65802

141353

Siloam Springs Courthouse
Circuit Court Clerks Office
P.O. Box 80
Siloam Springs, Arkansas
76761

Legal
Mail

30+? or
R.15? or
SO?

*Exhibit E*

Siloam Springs Courthouse
Circuit Court Clerks Office
P.O. Box 80
Siloam Springs, Arkansas 72761

May 28, 2004

Re: W:33F02603 ; 2817002 Charge

Court Clerk:
    I have filed a 180 day writ to have
the above styled case number and charge
disposed of within the statute of limitation
of the writ.
    Please filed this Motion send returne to
me a filed stamped copy of the writ in
order that an accurate record be kept and
that I might appear before the court to
plea and or defend against the allegations.

    I thank you in advance for your time
and consideration in this matter.

                    Sincerely yours,
                    Khalifah Farug

Exhibit F

PRESORTED
FIRST CLASS

$0.352
U.S. POSTAGE
PB METER
7040464

FAYETTEVILLE
JUN 1 1 '04
AR

ROBERT C. BALFE
Prosecuting Attorney
Nineteenth Judicial District West
100 NE "A" Street • Bentonville, Arkansas 72712

Khalifah Tarug
1000 N. Boonville
Springfield, MO 65802

A319

Th. L.
1300 Sw 1414 St.

Exhibit G

There is no such name in our system anywhere here.

Benton County Pros Atty's office

Arkansas 72712 • Phone (479) 271-1030 • Fax (479) 271-1076



*Exhibit H*

```
FROM-MULES/3        DATE: 07/17/2005  TIME: 10:58:48 DEST TERM: WSO0CGRE
QW.ORI/MO0390000.LNM/FARUQ.DOB/11211961.SEX/M.RAC/B.FNM/KHALIFAH.MNI/A
* NO MULES WANT OR WARRANT




FROM-MSHP CRD       DATE: 07/17/2005  TIME: 10:58:48 DEST TERM: WSO0CGRE
QW.ORI/MO0390000.LNM/FARUQ.DOB/11211961.SEX/M.RAC/B.FNM/KHALIFAH.MNI/A
     *********************************************************
     THIS RESPONSE IS NOT TO BE CONSIDERED A POSITIVE *HIT* SINCE THE
     INQUIRY DOES NOT PERMIT A UNIQUE IDENTIFIER AND IS TO BE USED
     ONLY TO ASSIST IN MAKING A DIRECT QMH, QIDI OR AQ INQUIRY.
     *********************************************************
  SID       NAME                                SEX  RACE   DOB     CAUTIO

  00508366 LAMARR          LOUIS       A         M    B   19611121  **3**

      SSN: 492708748 MNU:
*************************************************************************

                    *** END OF RECORD ***




FROM-NCIC           DATE: 07/17/2005  TIME: 10:58:49 DEST TERM: WSO0CGRE
QW.MO0390000.NAM/FARUQ, KHALIFAH A.DOB/19611121.SEX/M.RAC/B

M00390000

* * * * *
WARNING - THE SUBJECT IDENTIFIED IN THIS RECORD NIC/W065132814 IS
KNOWN TO USE THE FOLLOWING STOLEN OR FALSE (S/F) IDENTIFICATION
DOCUMENTS. USE CAUTION IN VERIFYING THE IDENTITY OF THIS PERSON.
S/F NAM/FARUQ,KAHALIFAH
S/F DOB/19611121
S/F SOC/492708748
MKE/WANTED PERSON
FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/AR0040300 NAM/LAMAR,LOUIS SEX/M RAC/B DOB/19611121
HGT/510 WGT/195 EYE/BR0 HAI/BLK
SOC/492708748
OFF/STOLEN PROPERTY
DOW/20031125 OCA/03001578
WNO/SSF02603
VLD/20040319
MIS/EMPLOYEE THEFT OF CASH AND CHECKS
ORI IS SILOAM SPRINGS PD 479 524-4118
NIC/W065132814 DTE/20031125 1642 EST
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
```

Sgt. Nunce - Classifications
Benton County Jail
1300 S.W. 14th Street
Bentonville, Arkansas 72712

Khalifah Islam #141353
Greene County Jail
1000 N. Boonville

July 29, 2005

Re: Correspondence & Case # 03F001578; Warrant
    # 03F-026-03

    I am requesting the address to the Bentonville
Courthouse and Circuit Clerks Office, and too,
if your office retains a copy of a warrant
signed by any judge or magistrate placing a
hold upon my person.

    Other questions concerning the range of pun-
ishment and the Class Offense defined would
be greatly appreciated.

    Thank you in advance for your time and
consideration in this matter.

US POSTAGE

neopost

043J83004531

$0.379

08/01/2005

Mailed From 72712

BENTON CO BOARDS OFFICE
1300 SW 14th St.
Bentonville, AR
~72712

Khalitah Farug - # 141353
Green Co Justice Center
1000 N Boonville
Springfield, Mo
65803

C309

**Khalitah Farug-**                              **August 1, 2005**

**Here is the information you have requested:**

**Bentonville District Court**
**115 W. Central Avenue**
**Bentonville, Arkansas 72712 (479) 271-3120**

**Benton Co Circuit Clerks' Office**
**102 NE A Street**
**Bentonville, Arkansas 72712 (479) 271-1015**

**I do not show an active warrant out of this Department for you, however I did not
have your social security number or date of birth either.**

Sgt Nance



# SILOAM SPRINGS POLICE DEPARTMENT

**FAX Transmission**

From: *LT Scott*
To:
Company:

Date:
Time:
FAX #:

Pages, to include cover sheet: *4*

# CONFIDENTIAL

## The material contained herein is confidential, and intended for the use of the addressee only.

*The checks Are in our evidence Room.*
*Evidence # DM 906*

Phone: 479-524-4118            FAX: 479-524-6915

410 North Broadway      P. O. Box 80      Siloam Springs, AR. 72761

FILED
*Glenda Hodges* 11-25-03
Court Clerk
District Court
Siloam Springs, Ark.

IN THE DISTRICT COURT OF BENTON COUNTY, ARKANSAS
SILOAM SPRINGS DIVISION

## AFFIDAVIT OF PROBABLE CAUSE TO OBTAIN A WARRANT

STATE OF ARKANSAS                               PLANTIFF

VS

**Louis Lamar**                                 DEFENDANT
**AKA: Kahalifah Faruq**
B/M DOB: 11/21/61

## FACTS CONSTITUTING PROBABLE CAUSE

Comes now Sergeant Benjamin Little, Criminal Investigator of the Siloam

Springs Police Department and under oath doth state:

The records of the Siloam Springs Police Department reveal that on November

13, 2003, Officer James Hodge of the Siloam Springs Police Department took a report

from Randy Williams who is the owner of the Siloam Springs Fitness Center located at

511 West Tulsa in Siloam Springs.

The report states that Williams employed a man known to him as *Khalifah Frauq*

(Frauq is an alias used by **Louis Lamar**).  Williams stated that **Lamar** had called him on

November 11, 2003 and told him that he was in Springfield, Missouri.  Williams states

that **Lamar** told him the he had taken all the money and checks from the fitness center

CITY OF SILOAM SPRINGS
COUNTY OF BENTON        11-25-03
STATE OF ARKANSAS              date

I do hereby certify that this is a true and complete
copy of the original that is kept on file in my office
of the Siloam Springs District Court.

Court Clerk

and that he had spent all the cash on drugs, and that he needed to borrow sixty dollars to

get back to Siloam Springs. Williams states that he refused to loan him the money. **FILED**

Williams's states that he verified that approximately $600.00 in cash and an unkn____

amount of checks were taken.

Court Clerk
District Court
Siloam Springs, Ark.

Officer Hodge also received a statement from Danny Lubritz who stated that on

Sunday November 9, 2003 he had been in the gym and saw **Lamar** counting money from

behind the desk at the fitness center.

On November 18, 2003, I was contacted by Detective Norm Mulleman of the

Springfield, Missouri police department. Mulleman was aware of the report being made

in Siloam Springs and had been looking for **Lamar** on charges from Springfield.

Mulleman stated that **Lamar** had been arrested and that at the time of his arrest he had

checks on him that were written to the Siloam Springs Fitness Center.

**Louis Lamar** AKA: **Kahalifah Faruq** is currently being held in the Greene

County Missouri Jail, on several charges, which include felony battery to an officer.

**Lamar** has a bond of $175,000.00

Based on the foregoing, The State joins me in requesting that a warrant be issued for

**Louis Lamar** AKA: **Kahalifah Faruq**, B/M, DOB: 11/21/61, for the offense of: **Theft**

**of Property, 5-36-103, Class C Felony**

CITY OF SILOAM SPRINGS
COUNTY OF BENTON      11-25-03
STATE OF ARKANSAS         date

I do hereby certify that this is a true and complete
copy of the original that is kept on file in my office
of the Siloam Springs District Court.

Court Clerk

Sent. By: HP LaserJet 3100;                14795246915;              Aug-1-05 15:21;           Page 4/5

Case 5:06-cv-05182-JLH   Document 1   Filed 09/28/06   Page 34 of 71 PageID #: 34

I swear that the allegations contained herein are the truth, the whole truth, and

nothing but the truth.

Witness my hand this 18th day of November, 2003.

**FILED**
_11-25-03_
_Nancy Hughes_
Court Clerk
District Court
Siloam Springs, Ark.

_Sy/ Bill Off_
Affiant's Signature

Benjamin Little

410 N. Broadway, Siloam Springs, AR

501-524-4118

STATE OF ARKANSAS
COUNTY OF BENTON

Subscribed and sworn before me this _14th_ day of _____ Nov _____, 20 03.

```
DOYLE NEAL
NOTARY PUBLIC-STATE OF ARKANSAS
BENTON COUNTY
My Commission Expires 3-24-2012
```

_Doyle Neal_
NOTARY PUBLIC

MY COMMISION EXPIRES: _3-24-2012_

APPROVED: By Fax

 Beth Echols
DEPUTY PROSECUTING ATTORNEY

CITY OF SILOAM SPRINGS
COUNTY OF BENTON            _11-25-03_
STATE OF ARKANSAS              date

I do hereby certify that this is a true and complete
copy of the original that is kept on file in my office
of the Siloam Springs District Court.
_Nancy Cash_
Court Clerk

FILED
11-25-03

*Court Clerk*
*District Court*
*Siloam Springs. Ark.*

## ORDER

I hereby find that this sworn affidavit demonstrates reasonable and probable cause for the issuance of a warrant of arrest for the above-named individual for the offense:

### Theft of Property, 5-36-103, Class C Felony

and I direct the Benton County Circuit Clerk to issue a warrant for the arrest of **Louis Lamar** AKA: **Kahalifah Faruq**, B/M, DOB: 11/21/61

_____
Judge

CITY OF SILOAM SPRINGS
COUNTY OF BENTON          11-25-03
STATE OF ARKANSAS           date

I do hereby certify that this is a true and complete
copy of the original that is kept on file in my office
of the Siloam Springs District Court.

_____
Court Clerk

## Incident Report

### Springfield Police Department

**03-55737**

Supplement No
0006

### VICTIM 1: GARRISON, DAVID W

| Invl | Seq | Type | Name | MNI | Race | Sex | DOB | Age | |
|------|-----|------|------|-----|------|-----|-----|-----|--|
| VIC | 1 | I | GARRISON, DAVID W | 281942 | W | M | 12/16/1961 | 41 | |

Juvenile?
N

| Type | Address | City | State | ZIP Code | |
|------|---------|------|-------|----------|--|
| HM | 1624 S FERGUSON AV | SPRINGFIELD | MO | 65807 | |

### Phone Numbers

| Type | Phone No |
|------|----------|
| H | (417) 861-6558 |
| O | (417) 864-4464 |

### WITNESS 1: POTEET, HASKELL W

| Invl | Seq | Type | Name | MNI | Race | Sex | DOB | Age | |
|------|-----|------|------|-----|------|-----|-----|-----|--|
| WIT | 1 | I | POTEET, HASKELL W | 338223 | W | M | 07/26/1966 | 37 | |

Juvenile?
N

| Type | Address | City | State | |
|------|---------|------|-------|--|
| WO | 1520 E MAIN | SILOM SPRINGS | AR | |

### Phone Numbers

| Type | Phone No |
|------|----------|
| B | (479) 524-5711 |

### Narrative

I was working weekend duty, when I learned of this offense. Because of the serious nature of this incident, and due to the fact that the suspect is still at large, I assigned the case to myself for immediate follow-up.

Upon reviewing the reports, I ran a criminal history on the suspect, Faruq. I learned that Faruq is an alias name for the suspect, who is named Louis A. Lamarr. I obtained a booking photograph from Columbia, MO. PD from a 1996 arrest, when he was booked under Lamarr. This is the same person who was recently booked in Christian Co. as Faruq. According to Christian Co. jail personnel, Lamarr is very dangerous, and repeatedly assaulted deputies inside the jail while he was incarcerated there.

I made telephone contact with Carol McManis, the occupant who's house was struck by the vehicle. She gave me the name of her landlord, David Garrison, concerning follow-up with damage estimates, etc. I made telephone contact with David Garrison. He advised that some trim pieces were knocked off the house, and the price of repair was minimal, below $50.00.

I then made contact with APA Jim Kelleher, Greene Co. Asst. Prosecutor. I advised him of the circumstances of the case. He agreed to file warrants for the suspect, due to the nature of the crime and because the suspect was still at large. I also advised him I would issue a PC item for him as well, until such time as the warrant was issued. I told him that the suspect was recently released from prison, and a majority of his arrests were in the Columbia and central Missouri areas.

APA Kelleher filed 1st degree and 2nd degree assault on a LEO, Felony Resisting arrest, and Property Damage warrants, with a bond of $175,000.

I next spoke with Officer Mike Evans. He was recovering from his injuries at his residence. He informed me that Officer Tjelemund had located a bunch of stolen checks in the vehicle, and that the suspect had been in some type of assault/pursuit in Silom Springs, AR. He stated he

| Officer | | |
|---------|--|--|
| 806/MUELLEMAN, NORMAN F JR | | Page 2 of 5 |

| Incident Report | | |
|---|---|---|
| Springfield Police Department | 03-55737 | Supplement No 0006 |

## Narrative

remembered during the initial fight that the suspect was biting Officer Priebe's finger. The suspect then attempted to grab for Officer Priebe's handgun; Officer Evans remembered Officer Priebe screaming while being bitten, and then heard him say "he's trying to get my gun". Officer Evans stated that after the foot pursuit, the suspect had gotten into the van. Officer Evans was inside the doorway, trying to regain control of the suspect. The suspect was extremely strong, either from being athletic or possibly under the influence of some unknown drug. Officer Evans stated that the suspect got the vehicle started, and started driving. Officer Evans said he was half in/half out of the van, and the side of the van actually spun him around in a 180 degree spin; this caused Officer Evans to fall to the pavement, and almost be struck by the wheels.

11-17-03: I made contact with Sgt. Moss, Detective supervisor with Siloam Springs, AR. PD. She advised the Lamarr was employed with the Siloam Springs Fitness Center as a manager. She stated that their agency arrested him about a month ago, for stealing money from the business. Lamarr was living in Siloam Springs at the time. His mother lives in a residential care center in Siloam Springs, AR. According to Sgt. Moss, Lamarr called the owner of the fitness center last week, admitting to stealing the money for drug usage. He stated that he needed $60.00 to return to Siloam Springs, and would pay back the money. The owner refused, and that was the last he heard from the suspect. Sgt. Moss was going to send me a copy of their investigative report, and a booking photograph.

I also spoke with Pastor Utah Humphrey, Pastor of the 1st Baptist Church in Leach, OK. This is where the van actually belonged. He advised that the van was having some work done on it at a body shop called Finn's Body Shop in Siloam Springs, AR. The suspect, known to the Pastor as Khalifa Faruq, purchased the van through the body shop for $100.00. Pastor Humphrey gave me the name of the body shop and telephone number

I called Finn's Body shop in Siloam Springs, AR. (479-524-5711), and spoke with Haskell Poteet. He stated that he sold the van to an acquaintence of his, Faruq. He met Faruq (really Lamarr) at the Siloam Springs Fitness Center. He worked out with him several days a week. About a month ago, Faruq was mentioning that he needed to buy a cheap vehicle. Haskell remembered that he had a church van, and ended up selling the van to Faruq for $100.00. Faruq drove the van around town, and Haskell described the van as the van recovered by SPD. I asked Haskell when he saw the suspect last. He stated about two weeks ago. He stated that worked out on a Friday; it was right after that that he left town, after stealing money from the fitness center. He received a telephone call from him a week ago; the suspect wanted Haskell to wire him some money to help him return to town. Haskell refused. I asked Haskell if he knew where the suspect was calling from. He said the suspect said he was in Springfield; the telephone number he was calling from was a pre-paid calling card. Haskell stated he has not heard from the suspect since, but would notify police if he heard or saw him again.

I went and spoke with the 15 y.o. driver, Caroline Sales. She was at home today being sick from school. Sales told me she met the suspect about 3 weeks ago, at her friend's house. Her friend is named Gina, and lives in an apartment down the alley, across from the Apple market at 707 S. Campbell. She did not know Gina's name. She described Gina as 5'10, thin, blond hair, 19 y.o., with 2 small children. She said that she thought the suspect, Faraq, was homeless, and felt sorry for him. She said that Faraq showed up to Gina's at about 1700 hrs. on Saturday evening. After hanging out for a while, the suspect offered to let Sales drive his van in an effort to learn to get her permit. She said she was driving around when she was stopped by the police. She said

| Officer | | |
|---|---|---|
| 806/MUELLEMAN,NORMAN F JR | | Page 3 of 5 |

000032

## Incident Report

| Springfield Police Department | 03-55737 | Supplement No 0006 |
|---|---|---|

### Narrative

that the officer made contact with her, and "was very nice and friendly". She said Faraq began giving the other officer "lip", so the first officer walked around the front of the van. The officers asked the suspect to exit the vehicle. Sales said they were talking to him, and they heard him tell the suspect "don't run". She said she saw the suspect begin fighting with officers. She said after a while, he got away from the officers, and eventually ran back to the van. He pulled her out of the van, and the officer's pushed her out of the way "because they didn't want me to get maced". Sales said she walked over to the sidewalk, and waited out of the way. She said the van drove off, and the officers got in their car and drove after it. She waited a while, then walked over to Gina's house. She had not seen nor heard from the suspect since that evening.

At 1700 hrs., I was notified that the suspect had been arrested at the area of State and Campbell. A Confidential Informant advised Officer Tatem Dewitt that the suspect was at the corner of Campbell and State, selling crack cocaine. See Officer Dewitt's report for further on the new charges.

11-20-03: I also obtained a copy of the case number from DOC, regarding Lamarr's name change. I recontacted Washington Co, Missouri, and gave them the docket number. After I had left, they had faxed me the offical docket; Lamarr did get his name legally changed to Khalifa A.M. Faruq in late 1997.

11-21-03: Based on the information I had learned about the suspect concerning his health related condition, I felt that he may have additional medical conditions he was aware of. Because the transmittal of HIV is a violation of Missouri law, along with the suspect's continuing drug usage and prison incarceration, I felt that there was grounds to ensure the suspect was not transmitting other medical condtions through his bite on Officer Priebe's finger. I obtained a search warrant to obtain a blood sample of the suspect's blood for medical testing purposes. Judge Powell reviewed the search warrant, and signed it. I took Robin Hiburn, RN, employee of the Springfield/Greene Co. Health Dept. over to the jail. The suspect was brought to the medical examination room. Once there, he was advised of the search warrant, and allowed to read the warrant. Robin Hilburn drew a sample of the suspect's blood for testing of HIV, Hepatitus B and Hepatitus C.

11-25-03: I completed the search warrant return, and filed it with the Circuit Clerk's office.

11-26-03: I received the final results of the testing: HIV and Hepatitus B were both negative. Hepatitus C was positive. Officer Priebe was notified of this information for treatment options.

This case is being presented to GCPA. It was filed as a 1st degree assault on a LEO, 2nd degree assault on a LEO, Unlawful Use of a Weapon, and property damage. Charges may be amended on the 2nd degree assault to a 1st degree assault on a LEO, due to the suspect's Hepatitus C infection, and his knowledge of such when he bit Officer Priebe.

34p.

In The Circuit Court of Greene County

In re Khalifah Isaaq.
           Petitioner

v.

State of Arkansas,
           Respondent.

Writ of Habess Corpus
Fighting Extradition

Comes Now Petitioner in this these writ of Habess Corpus pursuant to UPSDA Law and Extradition §548 USPMo. and Rule of the Cir. P. and Arkansas Act 1780 of 2001 and §16-112-102(c) of Arkansas Code and Article III (c) of Arkansas Stat. Ann. 43-3201-3208. Petitioner states the following:

1. Petitioner is, and has been at all times, held and confined by the Greene County Sheriffs Department and Sheriff Jack Merritt at 1000 N. Booneville Springfield, Missouri.

2. Petitioner is, and pursuant to, wrongfully and illegally being detained on a warrant illegally filed by respondents on the 25th of November 2003 according to one document.

Facts of Illegal and Improper Disclaimer

1. Petitioner has been confined since 11/19/03 in Greene County Jail, Missouri on unrelated charges to Arkansas.

2. Petitioner was notified by the holding facility on March 22, 2004 of the detainer and warrant in Arkansas by Lt. Scott of Greene County Jail. Exhibit A

3. Petitioner filed his writ for a fast and speedy trial on March 28th, 2004 to and with the State of Arkansas Prosecuting Attorney said his Office at 100 N.E "A" Street, Bentonville, Arkansas said prosecutor Robert C. Balte   Exhibit C, C(1)

4. Petitioner states the original petition was mailed to the Circuit Court Clerks Office P.O. Box 80 at Siloam Springs, Arkansas whom forwarded my documents to Robert C. Balte prosecutor of Benton County Arkansas.   Exhibit B, B(1)

5. Robert C. Balte did correspond with Petitioner stating that petitioners name was

no where in there system or files sued
returned the letter filed with the writ
but retained the writ itself. Exhibit (A), B

6. Petitioner states on 9/22/04 15:12 hours
Greene County Jail placed a warrant
detainer against me for the Siloam
Springs Arkansas Police Dept. under
warrant no. SSF02603.  Exhibit D

7. On 9/22/04 at 14:54 hours Greene
County Jail recieved a request from Siloam
Springs Arkansas Police Department, to
place a detainer against petitioner as the
Arkansas officials had not done so.( Exhibit C)

8. At no time did respondents act on Petitioners
petition for Fast and Speedy Trial

9. No warrant or warrant hold documents
existed until August 1st, 2005 and these
all contained a warrant derived from the
Missouri holding facility under no. SSF02603.

10. Because of the delay and length of delay,
the prejudicial effect of the delay, the allege
warrants, failure to conform to Arkansas

over →

warrant(s), violation(s) of Arkansas UTPDA and Constitutional and statutorial violations under Arkansas, Missouri and U.S. Laws were said continue to be violated petitioner files this Writ of Habeas Corpus.

Petitioners Argument and on Theory

Invalid Warrant:

Siloam Springs Arkansas Police Dept. and officer Benjamin Little filed an Affidavit of Probable Cause To Obtain A Warrant (Exhibit A) on the 18th Day of November 2003. According to the hand-written in date on the document Court Clerk Sandy Ludgen wrote 11-25-03 over the clerks stamp.

It must be noted that upon speaking with the officer of the clerks office the procedure of written-in dates is used only for misdemeanors and petitioner states that such act upon a felony charge is suspect of a conspiracy to violate petitioners rights with a forged document to hold and convict petitioner, and two, these documents did not exist when the holding facility made repeated request for more information on the validity of the alleged warrant (Exhibit A) until August 1st 2005.

An Order was issued by a judge (Exhibit A) (whose name is illegible) stating there was probable and reasonable cause, for the issuance of a warrant of arrest of the petitioner. It is that warrant of Arrest that is questioned and refuted by petitioner in accordance to Arkansas Code 16-82-201 C. (C)(3)(A) and (B), which states:

(A) "... Judicial officer shall order the issuance of a warrant by directing the person requesting the warrant to sign the judicial officers name on the duplicate original warrant."

(B) "... Judicial officer shall immediately sign, the original warrant and enter on the face of the original warrant the exact time the warrant was to be issued."

Exhibit A obviously is the warrant respondents deems to be a valid warrant, yet, this document fails to contain the imperatives demanded by the Arkansas Code 16-82-201 C(C)(3)(A) and (B), nor does it contain the seal of the court but merely the signature of Lynette Daharsh Deputy Clerk.

over →

warrant exists on the face of this alleged
warrant and so must be deemed fraudulent
conveyance of one official document, as the
Arkansas officials were at all times acting
under color of law, did use a detainer
number (Exhibit D) of Missouri (temporarily
given) to improperly and illegally hold said
courtsuye petitioner and Arkansas has never
filed for a warrant nor produced one Arkansas
warrant number or detainer number and
the sequence of events were already noted in
transference of information between both
sending and recieving states. (See Top of docu-
ments (Exhibits A, A(1), D and E)
 - Under Arkansas Rules of Criminal Procedure
Rule 29.1(b);

> "...prosecutor must file a detainer
> upon learning that... accused is
> imprisoned elsewhere and must
> request that the official having custody...
> advise... prisoner of filing of the
> detainer... right to demand trial."

The detainer, in this case does not exist
because the prosecutor of Arkansas has never
filed a detainer after petitioners notified

the Arkansas Benton County Prosecutor Robert C. Balfe (Exhibit's B and B(1)) the adamant and firm desire to dispose of any and all pending charges and invoking his right to speedy trial.

There exist no law under Arkansas Codes or Annotated Statutes or Acts that permit other officials from other states to act in the official capacity of Arkansas Benton County Prosecutor Robert C. Balfe that is in conjunction with Ark. R. Crim. P. Rule 29.1(b).

The court must conclude that the warrant hold or detainer number that the Greene County Missouri Jail officials alleged and used against petitioner is, in fact, the same warrant hold or detainer number the Arkansas officials used and maintained the detainer against petitioner is invalid, and too, that because the Arkansas Codes gives imperatives in its language of the warrant clause under 16-82-201 E(2)(3)(A) and (B) and the detainer clause of 29.1(b) the officials must conform to the intent of those statutes by performing actions mandated therein.

On failing to provide mandatory prerequisites showing authenticity of those documents and on adhering to the practice and precepts ordered by law the courts must deem the above mentioned

over →

ive and unenforceable.

Extradition:

Petitioner cites 3217.490 ¶341p. Agreement
on Detainers Compact Article 3 para. 5 as
stating;

"Any request for final disposition
made by a prisoner...shall be deemed
to be a waiver of extradition with
respect to any charge or proceeding
contemplated thereby..."

and pursuant to Article 3(a) of the interstate
Agreement on Detainers Act Arkansas Statute
Annotation 43-3201-3208 it is:

"...requires that a prisoner shall be
brought to trial within 180 days after he
shall have caused to be delivered to the
prosecuting attorney written notice of
the place of his confinement and a
request for final disposition of his case."

Melvin Wilbert Dykes v. State of Arkansas 609
S.W.2d and W.2d 883; ... and these requirements
over →

(Exhibits B and B(1)) by mailing his documents to the Circuit Court Clerks Office which caused the Benton County Arkansas prosecutor awareness of petitioners request for a disposition and speedy trial. These acts alone are deemed waiver and notice and a firm request for disposition. White v. State of Arkansas 310 Ark 200, 833 S.W.2d 771 (1992), and so satisfied the speedy trial rule.

Respondents duty to bring petitioner to trial within the requisite time pursuant to Ark. R. Crim. P. Rule 30.1, Ferguson v. State of Arkansas, 343 Ark. 159, 33 S.W.3d 115 (2000); Goodene v. State, 285 S.W. 385, 749 S.W.2d 657 (1989), has clearly been denied and refused, as officials of the Missouri Greene County Jail made numerous pleas to transport petitioner to the custody of Arkansas pursuant to RSMo.3 217.490 Article 5.1 Agreement On Detainers.

"In response to a request made under Article 3... the appropriate authority in a sending state shall offer to deliver temporary custody of the prisoner to the appropriate authority in the state where the indictment, information or complaint is pending against the

11  over →

prosecutions may be had."

State v. Walton 234 S.W.2d 500 (1987) Arkansas has refused to take custody of petitioner from Greene County Missouri Jail officials offer to petitioners, writ, and request for speedy trial respondents continue to violate the petitioners constitutional rights.

Enforcement and Cooperation was required of the Arkansas Courts and prosecution and its subsequent agencies of the agreement on detainers (RSMo. 3217.500) and Arkansas refusal and violation of this statute includes with that violation cruel and unusual punishment, Adames v. Perez 311 F.3d 508 (5th Cir. 2003); Gregoire v. Class 236 F.3d 413 (8th Cir. 2000); Wilson v. Setter, 501 U.S. 294, 115 L.Ed.2d 271, 111 S.Ct. 2321 (1991) ("Deliberate indifference" standard is applicable to a prisoner's claim that conditions of confinement constituted cruel and unusual punishment in violation of Eighth Amendment); and see Estelle v. Gamble, 429 U.S. 97, 50 L.Ed.2d 251, 97 S.Ct. 285 (1976) (Detentions beyond the termination of the sentence constitutes cruel and unusual punishment when it results from "deliberate indifference" to the prisoners interest in liberty.) in violation of petitioners right to release and

on bail and disposition of the pending matter.

Arkansas courts have unanimously decided
and determined that a prisoner cannot bring
himself to trial, Eubanks v. Humphrey 334 Ark.
21, 972 S.W.2d 234 (1998); Turner v. State 904 Ark
37, 918 S.W.2d 166 (1996), and because of the
prosecutions continued and forced delay and
the untimeliness involved there is no good
cause or justification. Turner v. State 349 Ark
715, 80 S.W.3d 382 (July 5, 2002)

Missouri courts in Kinksey, 713 S.W.2d 841 (Mo.
App 1986) has noted prerequisites to determining
delay and its adverse effects as (1). The length of delay
(2). The reason for delay (3). The defendants assertion
to the right to a speedy trial, and (4). The prejudice
to defendant resulting from the delay and avoid-
ance by petitioner and officials at Greene
County Jail, Missouri will strongly refute any
and all inferences, references or otherwise
where respondents would make, or cause to
believe, petitioner the cause of delay.

Petitioner has a right to be heard in a meaning-
ful manner, City of West Covina v. Perkins 552
U.S. 234, 142 L.Ed.2d 636, 119 S.Ct. 678 (1999),
which was the sole purpose of the notice and
upon factors noted herein, relevant to the
delay the court must construe that petitioner
                                                    more →

petitioner, and after almost two years respond-
ents has absolutely no intent to bring the case
to close and so must be dismissed for failure
to prosecute and barred from future prosec-
utions under Arkansas statutes said law.

Statute of Limitations: Tolling of Time

There is no question that petitioner was and has
always been construed in Greene County Jail repress-
ous prior to any warrant being sought or information
ations filed concerning petitioners Arkansas
case and were so notified of petitioners custody
pursuant to Ark. Stat. Ann. 43-3201-3208 and
RSMo. § 217. 490.

Dates of Confinement:
1. November 17th, 2003 up to and including
December 31, 2003 = Totalling 45 days

2. January 1st, 2004 up to and including
December 31, 2004 = Totalling 365 days

3. January 1st, 2005 up to and including
~~December~~ October 3, 2005 = Totalling 275 days
Equalling 685 days in all.

2. over →

exclude time between the date of arrest and petit-
ioners notice to the court and prosecutors office
of his whereabouts Arkansas could only exclude,
possibly, time between November 17, 2003 up to
March 28, 2004 equaling 128 days leaving 557
days remaining which clearly exceeds the 12
month period of speedy trial under Ark. R. Crim.
P. 29.1;

"... defendant must be brought to trial
within 12 months unless delay fell within
28.3 ..."

and any delay is upon the prosecution for failure
to demand and or accept petitioners on the
Missouri holding facility often to chapter peti-
ioned before the honorable court of Benton
County, Eubanks v. Humphrey 334 Ark 21, 972
S.W.2d 234 (1998); Tanner v State 324 Ark 37,
918 S.W.2d 164, 166 (1996), and by these well
grounded facts trial at this time would certainly
be untimely.
   Failure to prosecute petitioner in the
requisite time according to Ark. R. Crim. P.
petitioner is entitled to discharge with
absolute bar to prosecution, Ark. R. Crim. P.
29.1(d), Code Ann. 16-95-101 et seq. (1987), quoting →

(2003)

Prima-Facie Showing:
Petitioner has established that between the
date of filing his motions requesting disposition
of his detainer and filing of the motions to
dismiss, which herein is well established by
(the record) to be after the required time for
prosecution has expired, petitioner has
established prima-Facie showing, Dean v.
State 339 Ark 105, 3 S.W.3d 328 (1999), and it
would "further" violate petitioners speedy trial
rights if the trial is held outside the applicable
speedy trial period. Eubanks v. Humphrey 334
Ark 31, 972 S.W.2d 234.

Bailable Offense:

Petitioner has sought release from the holding
facility by the court through some means of
which he can meet the criteria but the Arkansas
writ has held petitioner fast to confinement
illegally, improperly and without cause or
right.
Under RSMo.§ 548.161 the holding state, when
petitioner challenges extradition, even more,
when the receiving state refuses to accept or

responds to offers of transfer by the holding
state pursuant to the Agreement on Detainer
Law on writ of speedy trial on when the
preponderance of evidence warrants
dismissal and the chargeable is not one of
necessary harsh penalty or non-bondable issue;

> "Unless the offense with which the prisoner
> is charged is shown to be one offense
> punishable by death or life imprisonment
> under the laws of the state in which it
> was committed, a judge or associate
> circuit court judge in this state may
> admit the person to bail..."

Missouri may admit petitioner to bail. It is
cruel and unusual punishment for petitioner
to be kept constrained without bond on an
alleged minor offense of theft.

Additional Facts of Error:

The author of the document (exhibit A), alleged
to be a valid withdrawal, from the state of
Arkansas is further suspect of conspiracy
against petition as the document itself
charges petitioner with a theft of property

Code 5-36-103. which reads:

(A) A person commits theft of property
if he:
(1) Knowingly takes and exercises unauthorized
control over, or makes an
unauthorized transfer of an interest
in, the property of another person, with
the purpose of depriving the owner
thereof; or
(2) Knowingly obtains the property of
another person, by deception or threat,
with the purpose of depriving the owner
thereof.
- Theft of Property is a Class C felony if:
(A) The value of property is less than $2500.
but more than $500.
(b) The property is obtained by threat; or
(c) The property is a firearm valued at
less than $2500; or
(d) The property is a credit card or
credit card number.

What is suspicious is the above statute was
changed and amended under Act 1195 of
2001 to a Class D felony and reads as follows:

Theft of Property
5-36-103
Act 1195 of 2001
Class D felony
"5-36-103 is amended to read:
Theft of property lost, mislaid or
delivered by mistake.
(A) A person commits theft of property
lost, mislaid or delivered by mistake
if he;
(1) Comes into control of property of
another person; and
(2) Retains or disposes of such property
when he knows it to have been lost,
mislaid, or delivered under a
mistake as to the identity of the
recipient or as to the nature or amount
of the property; and
(3) With the purpose of depriving any
one having an interest in the property,
he fails to make reasonable measures
to restore the property to a person
entitled to it.
(B)(1) Theft of property lost, mislaid
or delivered by mistake is a class
D felony if the value of the property
is $1000. or more.

It must further be noted that this particular code must be within a "criminal episode" where said thefts were committed on three or more occasions (Section 1.8-B)

Petitioner was given absolute authority over said property by Mr. Williams concerning the alleged stolen items. It is incorrect of the prosecution and suspicious that a statute that has been amended to be cited incorrect and further Prosecutor Robert C. Betts indicating the petitioners as some not to be on site. (See Exhibits C and C(1) This can only mean that an unauthorized party illegally, with purposeful intentions, fraudulently filed a document with NCIC (National Crime Information Center) for a crime that does not exist and or was amended over two years prior to the alleged criminal act.

Under the amended statute petitioner submits evidence (Exhibit N) that these documents could not be returned because (Missouri Law Enforcement) agency in Greene County could not find them and petitioner made every effort to locate them and have them returned thus showing

Therefore pursuant to Ark. R. Crim. P. and statutory law, U.S., Arkansas and Missouri Constitutions charges against petitioner is wrongfully, mentioned and pursued in violation of petitioners rights and must be dismissed with prejudice and a hearing on this Habeas Corpus petition granted and ordered and that without review petitioner will continue to suffer the deprivations of life, liberty and property and the court must grant relief to petitioner and any other relief deemed fit and proper.

October 3, 2005          Respectfully Submitted,

                         Khalifah Young

I, Khalifah Young am the petitioner in this cause and the information is true and accurate.

                         X Khalifah Young

                         Notary

Subscribed and sworn before me this day of 4th October 2005.

X V VINCE REED          Notary Public

# D O C K E T   S H E E T

PAGE 0001

STYLE: KANALIFAH FARUQ*J                    CASE NO. 305CF12033
ACTION: Y    28170                               FILED: 12/15/05
JUDGE : MARK FITZSIMMONS
*************************************************************************

P 001                          ATTORNEY(S):
STATE OF MISSOURI
                               DARRELL L MOORE
                               PROSECUTING ATTORNEY
                               1010 BOONVILLE
                               SPRINGFIELD, MO 65802
                               PHONE:  417 868-4061


                        ** VS **

                               ATTORNEY(S):

D 001
KANALIFAH FARUQ
GREENE COUNTY JAIL

CHARGE: 28170              FUG FROM OUT OF STATE 548


*************************************************************************

DATE            DESCRIPTION 305CF12033        KANALIFAH FARUQ*J

*************************************************************************


12/15/05        AFFIDAVIT FOR FUGITIVE WARRANT FILED. COURT FINDS
                PROBABLE  CAUSE EXIST TO ARREST DEFENDANT.  WARRANT
                ISSUED. BOND SET $200.  SV

12/15/05        HEARING SET 1-13-06 AT 9:30 AM.  MEF/DW

12/15/05
                SCHEDULED FOR   1/13/06 AT  9:30 AM - CRIMINAL ARRAIGNMENTS

12/16/05        JUDGMENT: IN PERSON. CASE DISMISSED. COSTS WAIVED. MEF/LMM

12/16/05        WARRANT RECALLED VIA FAX. /LMM

12/16/05        WARRANT RETURNED.

12/21/05        23/1/9/DISM


**ATTEST A TRUE COPY**

HEATHER JOHNSON, CLERK OF
ASSOCIATES CIRCUIT COURT DIVISIONS
BY_____DEPUTY

**STATE PUBLIC DEFENDER**

19TH JUDICIAL DISTRICT WEST – BENTON COUNTY
221 S. MAIN STREET
BENTONVILLE, AR 72712
PHONE (479) 271-1028
FAX (479) 271-1077

**JAY SAXTON**
**CHIEF PUBLIC DEFENDER**

ROBERT SCOTT PARKS
CHIEF DEPUTY PUBLIC DEFENDER

ANITA SHELBY
OFFICE MANAGER

LORA NOSCHESE
JOHN C. BASSETT
RICHARD G. MILLER
JANETTE MCKINNEY
BROOKE LOCKHART
BENJAMIN I. POOL
VICTORIA G. HARGIS

JAMES RUSTERHOLZ
INVESTIGATOR

December 19, 2005

Mr. Khulifah Faruq
Greene County Justice Center
1000 North Boonville
Springfield, MO  65802

Dear Mr. Faruq:

We received your letter of December 14th today. I did call and leave a message for Mr. McGeehee that the Clerk's Office had found the warrant and was sending it to the Sheriff's Office here in Benton County, Arkansas. I left a message for them to check with the Sheriff's Office for a copy. They will not give me a copy of the unserved warrant but said that the Sheriff there could get a copy from the Sheriff here. One reason we had a hard time finding it was that all your writings were in the name of Khulifah Faruq and the warrant is in the name of: Louis Lamar a/k/a Kahalifah Faruq – so everything in heir computer and files was coming up as Louis Lamar. Also, some information was requested from Bentonville District Court (which is a misdemeanor court) and this is filed in Benton County Circuit Court on a Class C Felony.

If Mr. McGeehee needs more contact information, he can contact the Sheriff's office here at:  (479) 271-1010 (warrants division), 1300 Southwest 14th Street, Bentonville, Arkansas 72712 – Fax no. 271-5789.

Sincerely,

Anita Shelby
Office Manager

cc: Mr. McGeehee

MR. NLET        12.56 12/22/05

AM. AR0040302
12:01 12/22/2005 53320
12:01 12/22/2005 17797 MO0390000
TXT
****** ATTN JERRY MCGEEHEE*****

IN REF TO KAHALIFAH FARUQ AKA LOUIS LAMAR DOB 19611121
WHOM YOU HAVE IN CUSTODY. SILOAM SPRINGS HAS AN ACTIVE
FELONY WARRANT ON SUBJECT.  PLEASE REPLACE A HOLD FOR
THE SILOAM SPRINGS POLICE DEPT. WARRANT NUMBER SSF02603
CASE NO 03F001578.
*****BENTON CO SHERIFFS OFFICE HAS NO JURISDICTION ON
THIS SUBJECT.*****
THANK YOU IN ADVANCE
B.R. AUSTIN
4795244118
SILOAM SPRINGS POLICE DEPT

12:56

12/22/05 J. McGeehee —
Release on $200⁰⁰ Bail set
by Judge Fitzsimmons on
Felony Fug. Warrant from Siloam Spgs
[signature]

# Incident Report

## Springfield Police Department

**03-55737**

Supplement No **0003**

321 E. CHESTNUT EXP.

SPRINGFIELD, MISSOURI 65802

Reported Date
**11/15/2003**

Nature of Call
**ASSAULT, LIFE THREAT**

Phone No
**(417) 864-1810**

Fax No
**(417) 864-1713**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Status | Nature of Call |
|--------|-----------|---------------|---------------|--------|----------------|
| SP | 03-55737 | 0003 | 11/15/2003 | RTF | ASSAL |

| Location | City | ZIP Code | Rep Dist |
|----------|------|----------|----------|
| S CAMPBELL AV/W MOUNT VERNON ST | SPRINGFIELD | 65806 | 383 |

| Map Coordinates | From Date | From Time |
|-----------------|-----------|-----------|
| 0140  0050 | 11/15/2003 | 20:48:00 |

| Officer | Officer | Author | Assignment | RC Status | RC Status Date |
|---------|---------|--------|------------|-----------|----------------|
| 1138/TJELMELAND,KYLE P | 1093 | 1138 | OPER | FR | 11/17/2003 |

| RC Status Time | RMS Transfer |
|----------------|--------------|
| 10:42:10 | S |

| Witness to Crime? | Suspect Named? | Can Suspect be Located? | Can Suspect be Described? | Can Suspect be IDed? |
|---|---|---|---|---|
| X | X | X | X | X |

| ID Suspect Vehicle? | Is Property Traceable? | Is M.O. Present? | Is Physical Evid. Present? | |
|---|---|---|---|---|
| X | X | X | X | |

| Crime Scene Results Positive? | Can be Solved by INV.? | Other than SUS Commit Crime? | Will Victim Prosecute? | |
|---|---|---|---|---|
| X | X | | X | |

| 15 Day Driving Permit | Alcohol Influence Report | BAC DataMaster Evidence Ticket | Booking Sheets | |
|---|---|---|---|---|
| | | | | |

| Case Report | Crash Report | Detailed Photo/Video Supplement | Drug Recognition Expert | |
|---|---|---|---|---|
| | | | | |

| DWI Forfeiture | Forgery | Fail to Return Leased Property | Lab Analysis | Leaving the Scene of Crash |
|---|---|---|---|---|
| | | | | |

| Leave Without Pay | Missing Person | Other Attachment | Property Submission | Photo/Latent Print Request |
|---|---|---|---|---|
| | | | X | |

| Private Property Tow | Repossession Form | Recoupment of Funds | Signature Form | Statement |
|---|---|---|---|---|
| | | | | |

| Summons Attached | Towed Vehicles | | | |
|---|---|---|---|---|
| | X | | | |

| # | Additional Info | Description | Complaint Type |
|---|---|---|---|
| 1 | 1 | CASE STATUS | O |

## Person Summary

| Invl | Seq | Type | Name | MNI | Race | Sex | DOB |
|------|-----|------|------|-----|------|-----|-----|
| OTH | 1 | I | HEATH,WALDROOP | 337864 | | | |
| OTH | 2 | I | GOODALL,WAYLON | 337866 | | | |
| OTH | 3 | I | DENNY,JOSEPH | 337867 | | | |
| OTH | 4 | I | ALBUJA,ANABEL G | 337869 | | | |
| OTH | 5 | I | DENNY,JOSEPH E | 337870 | | | |
| OTH | 6 | I | DONNER,GERRY L | 337872 | W | M | |
| OTH | 7 | I | BENNETT,JEREMY M | 337874 | | | |
| OTH | 8 | I | COLLINS,KITTY | 337876 | | | |

Officer
1138/TJELMELAND,KYLE P

Page 1 of 10

000016

## Incident Report

### Springfield Police Department

| | 03-55737 | Supplement No 0003 |
|---|---|---|

### Person Summary

| Invl | Seq | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OTH | 9 | I | HAYNES,HAROLD F | 325050 | | | |
| Invl | Seq | Type | Name | MNI | Race | Sex | DOB |
| OWN | 1 | B | FIRST BAPTIST CHURCH OF LEACH | 337862 | | | |
| Invl | Seq | | Name | | | | |
| SUS | 1 | | See Confidential Page | | | | |

### Vehicle Summary

| Invl | Invl Date | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|---|
| TOW | 11/16/2003 | 2 | E14336 | OK | 2003 | 1982 | DODG | VAN | | BRO/TAN |

### Property Summary

| Invl | Article | Brand | Model | Description |
|---|---|---|---|---|
| EVD | SYRING | | | See Details Page |
| EVD | CHECKB | | | See Details Page |
| EVD | FSCARD | | | See Details Page |
| EVD | PHONEC | AT&T | | See Details Page |
| EVD | OTHER | | | See Details Page |
| EVD | ID | DOC | | See Details Page |
| EVD | ID | DOC | | See Details Page |
| EVD | SSCARD | | | See Details Page |
| EVD | CIGARE | | | See Details Page |
| EVD | MISCPA | | | See Details Page |
| EVD | WALLET | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | CHECK | | | See Details Page |
| EVD | KEY | | | See Details Page |
| EVD | VTAPE | | | See Details Page |

### Summary Narrative

Responded to an emergency call to back up an officer. The suspect fled the scene but was identified.

# Incident Report

## Springfield Police Department

03-55737

Supplement No
0003

### OTHER 1: HEATH,WALDROOP

| Invl | Seq | Type | Name | MNI |
|---|---|---|---|---|
| OTH | 1 | I | HEATH,WALDROOP | 337864 |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HM | 1006 ARROWWOOD LN | SILOAM SPRING | AR | 72761 |

#### Phone Numbers

| Type | Phone No |
|---|---|
| H | (479) 524-0171 |

### OTHER 2: GOODALL,WAYLON

| Invl | Seq | Type | Name | MNI |
|---|---|---|---|---|
| OTH | 2 | I | GOODALL,WAYLON | 337866 |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HM | PO BOX 593 | WESTVILLE | OK | 74965 |

#### ID Numbers

| Type | ID No |
|---|---|
| SS | 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 |

#### Phone Numbers

| Type | Phone No |
|---|---|
| H | (918) 723-4280 |

### OTHER 3: DENNY,JOSEPH

| Invl | Seq | Type | Name | MNI |
|---|---|---|---|---|
| OTH | 3 | I | DENNY,JOSEPH | 337867 |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HM | PO BOX 1213 | GENTRY | AR | 72734 |

#### Phone Numbers

| Type | Phone No |
|---|---|
| H | (479) 736-3257 |

### OTHER 4: ALBUJA,ANABEL G

| Invl | Seq | Type | Name | MNI |
|---|---|---|---|---|
| OTH | 4 | I | ALBUJA,ANABEL G | 337869 |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HM | 2055 W TWIN SPRINGS ST #3B | SILOAM SPRING | AR | 72761 |

#### Phone Numbers

| Type | Phone No |
|---|---|
| H | (479) 524-2377 |

### OTHER 5: DENNY,JOSEPH E

| Invl | Seq | Type | Name | MNI |
|---|---|---|---|---|
| OTH | 5 | I | DENNY,JOSEPH E | 337870 |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HM | PO BOX 1213 | GENTRY | AR | 72734 |

#### Phone Numbers

| Type | Phone No |
|---|---|
| H | (479) 736-3257 |

### OTHER 6: DONNER,GERRY L

| Invl | Seq | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| OTH | 6 | I | DONNER,GERRY L | 337872 | W | M |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HM | 520 S WASHINGTON | SILOAM SPRING | AR | 72761 |

#### Phone Numbers

| Type | Phone No |
|---|---|
| H | (479) 524-9663 |

### OTHER 7: BENNETT,JEREMY M

| Invl | Seq | Type | Name | MNI |
|---|---|---|---|---|
| OTH | 7 | I | BENNETT,JEREMY M | 337874 |

| Officer |
|---|
| 1138/TJELMELAND,KYLE P |

Page 3 of 10

# Incident Report

## Springfield Police Department

03-55737 | Supplement No 0003

## OTHER 7: BENNETT,JEREMY M

| Type | Address | City | State | ZIP Code |
|------|---------|------|-------|----------|
| HM | PO BOX 731 | SILOAM SPRING | AR | 72761 |

### ID Numbers

| Type | ID No |
|------|-------|
| SS | 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 |

### Phone Numbers

| Type | Phone No |
|------|----------|
| H | (918) 422-5586 |

## OTHER 8: COLLINS,KITTY

| Invl | Seq | Type | Name | MNI |
|------|-----|------|------|-----|
| OTH | 8 | I | COLLINS,KITTY | 337876 |

| Type | Address | City | State | ZIP Code |
|------|---------|------|-------|----------|
| HM | PO BOX 1257 | WESTVILLE | OK | 74965 |

### ID Numbers

| Type | ID No |
|------|-------|
| SS | 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 |

### Phone Numbers

| Type | Phone No |
|------|----------|
| H | (918) 778-3434 |

## OTHER 9: HAYNES,HAROLD F

| Invl | Seq | Type | Name | MNI |
|------|-----|------|------|-----|
| OTH | 9 | I | HAYNES,HAROLD F | 325050 |

| Type | Address | City | State | ZIP Code |
|------|---------|------|-------|----------|
| HM | 343 SHOOTING STAR LOOP | NIANGUA | MO | 65713 |

### Phone Numbers

| Type | Phone No |
|------|----------|
| H | (417) 473-6418 |

## OWNER 1: FIRST BAPTIST CHURCH OF LEACH

| Invl | Seq | Type | Name | MNI |
|------|-----|------|------|-----|
| OWN | 1 | B | FIRST BAPTIST CHURCH OF LEACH | 337862 |

| Type | Address | City | State | ZIP Code |
|------|---------|------|-------|----------|
| WO | HC 67 BOX 145 | ROSE | OK | 74364 |

## SUSPECT 1: Confidential

| Invl | Seq | Name |
|------|-----|------|
| SUS | 1 | See Confidential Page |

### Marks

| NCIC Mark | Local Mark |
|-----------|------------|
| SC L ARM | SCARS |

Description
scar or tattoo on left arm

| NCIC Mark | Local Mark |
|-----------|------------|
| SC L KNEE | SCARS |

Description
scar or tattoo on left knee

| NCIC Mark | Local Mark |
|-----------|------------|
| SC R FGR | SCARS |

Description
scar or tattoo on right finger

| NCIC Mark | Local Mark |
|-----------|------------|
| SC R HND | SCARS |

Description
scar or tattoo on right hand

| Officer |
|---------|
| 1138/TJELMELAND,KYLE P |

# Incident Report

## Springfield Police Department

03-55737

Supplement No
0003

## Marks

| NCIC Mark | Local Mark |
|---|---|
| SC RF ARM | SCARS |

Description
scar or tattoo on right fore arm

| NCIC Mark | Local Mark |
|---|---|
| SC UL ARM | SCARS |

Description
scar or tattoo on upper left arm

## Employment History

| Employer/School | Position/Grade |
|---|---|
| SILOAM SPRINGS FITNESS CLUB | MANAGER |

| Location | City | State | ZIP Code |
|---|---|---|---|
| GENERAL | SILOAM SPRING | AR | 72761 |

## Vehicle

| Invl | Invl Date | Type | License No | State | Lic Year | Lic Type | Year | Make | Model | Color | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOW | 11/16/2003 | 2 | E14336 | OK | 2003 | TK | 1982 | DODG | VAN | BRO/TAN | 100 |

| VIN | Damage | # Occupants |
|---|---|---|
| 2B5WB31R5CK160860 | SID/FRO | 1 |

Special Features
BENST/DAMSD/DAMFT

| Tow By | Condition | Auth By | Tow From |
|---|---|---|---|
| H&W TOWING | DAM | 1138 | 627 W HARRISON ST |

Tow To
3425 W COMMERCIAL ST

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | OWN | 1 | FIRST BAPTIST CHURCH OF LEACH | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|---|---|---|---|---|
| EVD | 11/16/2003 | 65420 | 1 | $1.00 |

| Description | Typ | Cat | Article | # Pieces | Recv Value |
|---|---|---|---|---|---|
| 10 SINGLE USE SYRINGES | A | Z | SYRING | 10 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | FUQUA,KHALIFAH M | B | M | 11/21/1960 |

## Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|---|---|---|---|---|
| EVD | 11/16/2003 | 65421 | 1 | $1.00 |

| Description | Typ | Cat | Article | # Pieces | Recv Value |
|---|---|---|---|---|---|
| BLACK WITH #1091-1120 | A | Z | CHECKB | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | OTH | 9 | HAYNES,HAROLD F | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|---|---|---|---|---|
| EVD | 11/16/2003 | 65422 | 1 | $1.00 |

| Description | Typ | Cat | Article | # Pieces | Recv Value |
|---|---|---|---|---|---|
| VITAMIN WORLD CARD | A | Z | FSCARD | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | FUQUA,KHALIFAH M | B | M | 11/21/1960 |

## Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|---|---|---|---|---|
| EVD | 11/16/2003 | 65423 | 1 | $1.00 |

| Description | Typ | Cat | Article | Brand | # Pieces | Recv Value |
|---|---|---|---|---|---|---|
| AT&T PHONE CARD | A | Z | PHONEC | AT&T | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| SUS | SUS | 1 | FUQUA,KHALIFAH M | B | M | 11/21/1960 |

| Officer | |
|---|---|
| 1138/TJELMELAND,KYLE P | Page 5 of 10 |

# Incident Report

## Springfield Police Department

03-55737

Supplement No
0003

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65424 | 1 | $1.00 |

| Description | | Typ | Cat | Article | | # Pieces | Recv Value |
|-------------|--|-----|-----|---------|--|----------|------------|
| BUSINESS CARDS | | A | Z | OTHER | | 6 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65425 | 1 | $1.00 |

| Description | Typ | Cat | Article | Brand | # Pieces | Recv Value |
|-------------|-----|-----|---------|-------|----------|------------|
| PINK D.O.C. OFFENDER CARD | A | Z | ID | DOC | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65426 | 1 | $1.00 |

| Description | Typ | Cat | Article | Brand | # Pieces | Recv Value |
|-------------|-----|-----|---------|-------|----------|------------|
| WHITE D.O.C. ID CARD | A | Z | ID | DOC | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65427 | 1 | $1.00 |

| Description | | Typ | Cat | Article | | # Pieces | Recv Value |
|-------------|--|-----|-----|---------|--|----------|------------|
| SS CARD FOR FUQUA | | A | Z | SSCARD | | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65428 | 1 | $1.00 |

| Description | | Typ | Cat | Article | | # Pieces | Recv Value |
|-------------|--|-----|-----|---------|--|----------|------------|
| CIGARETTE PACK W/ NOTE ON IT | | A | Z | CIGARE | | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65429 | 1 | $1.00 |

| Description | | Typ | Cat | Article | | # Pieces | Recv Value |
|-------------|--|-----|-----|---------|--|----------|------------|
| NAMES AND ADDRESSES | | A | Z | MISCPA | | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Value |
|------|-----------|-------------|---------|-------|
| EVD | 11/16/2003 | 65430 | 1 | $1.00 |

| Description | | Typ | Cat | Article | | # Pieces | Recv Value |
|-------------|--|-----|-----|---------|--|----------|------------|
| BROWN WALLET | | A | Z | WALLET | | 1 | $1.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | B | M | 11/21/1960 |

### Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | Value |
|------|-----------|-------------|---------|-----------|-------|
| EVD | 11/16/2003 | 65431 | 1 | 5483 | $40.00 |

| Description | | Typ | Cat | Article | | # Pieces | Recv Value |
|-------------|--|-----|-----|---------|--|----------|------------|
| HEATH, WALDROOP | | A | Z | CHECK | | 1 | $40.00 |

| Person Invl | Invl | Seq | Name | Race | Sex | DOB |
|-------------|------|-----|------|------|-----|-----|
| OWN | OTH | 1 | HEATH, WALDROOP | | | |

Officer
1138/TJELMELAND, KYLE P

Page 6 of 10

000021

# Incident Report

| Springfield Police Department | | | | | | | 03-55737 | Supplement No 0003 |
|---|---|---|---|---|---|---|---|---|

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65432 | 1 | 1072 | | | $26.50 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| DENNY, JOSEPH | | A | Z | CHECK | 1 | $26.50 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 3 | DENNY, JOSEPH | | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65433 | 1 | 1137 | | | $26.58 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| ALBUJA, ANABEL | | A | Z | CHECK | 1 | $26.58 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 4 | ALBUJA, ANABEL G | | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65434 | 1 | 1068 | | | $39.55 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| DENNY, JOSEPH | | A | Z | CHECK | 1 | $39.55 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 5 | DENNY, JOSEPH E | | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65435 | 1 | 3384 | | | $40.00 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| GOODALL, WAYLON | | A | Z | CHECK | 1 | $40.00 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 2 | GOODALL, WAYLON | | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65436 | 1 | 6023 | | | $75.00 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| DONNER, GERRY L | | A | Z | CHECK | 1 | $75.00 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 6 | DONNER, GERRY L | | W | M | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65437 | 1 | 2235 | | | $7.76 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| COLLINS, KITTY | | A | Z | CHECK | 1 | $7.76 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 8 | COLLINS, KITTY | | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Serial No | | | Value | |
|---|---|---|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65438 | 1 | 360 | | | $40.00 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| BENNETT, JEREMY M | | A | Z | CHECK | 1 | $40.00 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OWN | OTH | 7 | BENNETT, JEREMY M | | | | |

## Property

| Invl | Invl Date | Bar Code No | Item No | Value | |
|---|---|---|---|---|---|
| EVD | 11/16/2003 | 65439 | 1 | $1.00 | |

| Description | | Typ | Cat | Article | # Pieces | Recv Value | | |
|---|---|---|---|---|---|---|---|---|
| 10 KEYS ON KEY CHAIN | | A | Z | KEY | 10 | $1.00 | | |

| Person Invl | Invl | Seq | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| SUS | SUS | 1 | FUQUA, KHALIFAH M | | B | M | 11/21/1960 |

| Officer | |
|---|---|
| 1138/TJELMELAND, KYLE P | Page 7 of 10 |

COPY FROM CGR3 ON 12/16/05 AT 10.51.46 HRS.

MRKCGR3
ARK040000                10.40 12/16/05
1216050IR SO GREENE COUNTY-SPRINGFIELD 121605

BENTON COUNTY SHERIFF OFFICE

ATDN:RECORDS-WARRANT OFFICE
RE:TO LAMAR LOUIS AKA KANALIFAH FARUQ
DOB-11-21-1961 M B
PLEASE START GOVERNOR'S WARRANT OUT OF SILOAM SPRINGS
LISTED THAT HAS WARRANT ON SUBJECT
WARRANT # SSF-026-03 - OTHERWISE
PLEASE SEND TELETYPE MESSAGE STATING THAT THERE IS
NOACTIVE WARRANT TO CGRN OR MO03590000
SOTHAT OUR JUDGE CAN DISMISS THE FUGITIVE WARRANT
THAT WE HAVE ON THIS SUBJECT
PLEASE MAKE REPLY
ATTN-JERRY MCGEEHEE TRANSPORATION OFFICE
@ 417-829-6220
PLEASE RESPOND ASAP
JANICE DUGAN - WARRANT CLERK

GREENE COUNTY SHERIFF OFFICE JED 1051 CST

CPY FROM CGR3 ON 12/16/05 AT 10.59.58 HRS.

MR: CGR3                   10.54 12/16/05
AR0030000
131560502 SO GREENE COUNTY-SPRINGFIELD 121605

BAXTER COUNTY SHERIFF OFFICE

ATN:RECORDS-WARRANT OFFICE
RE:TO LAMAR LOUIS AKA KANALIFAH FARUQ
D/O-11-21-1961 M B
PLEASE START GOVERNOR'S WARRANT ON SUBJECT
NOTED THAT HAS WARRANT OUT OF SILOAM SPRINGS AR
WARRANT # SSF-026-03 - OTHERWISE
PLEASE SEND TELETYPE MESSAGE STATING THAT THERE IS
NO ACTIVE WARRANT TO CGRN OR MO0390000
SO THAT OUR JUDGE CAN DISMISS THE FUGITIVE WARRANT
THT WE HAVE ON THIS SUBJECT
PLEASE MAKE REPLY
ATN- JERRY MCGEEHEE TRANSPORTATION OFFICE
@ 17-829-6220 IF NEEDED TO CALL.
PLEASE RESPOND ASAP
JANICE DUGAN - WARRANT CLERK

GREENE COUNTY SHERIFF OFFICE JED 1059 CST

MRINLET          11.13 12/16/05

RMRAR00300000
10218 12/16/2005 09916
10218 12/16/2005 23733 M00390000
TX
GREENE CO SHERIFF'S DEPT
BAXTER CO SHERIFF'S DEPT
ATTN JERRY MCGEEHEE TRANSPORTATION OFFICE OR
JANICE DUGAN WARRANT CLERK
PLEASE DISMISS THE HOLD ON LAMAR LOUIS AKA KAWALIFAH
FARUQ DOB 11211961 M B.
WE DO NOT HAVE ANY ACTIVE WARRANTS ON THIS SUBJECT.
THANK YOU.

11213

MR.NLET                    11.44 12/16/05

AM. AR0040003
10:49 12/16/2005 10155
10:49 12/16/2005 24270 M00390000
TXT
ATTN: JERRY MCGEEHEE

REF SUBJECT IN YOUR CUSTODY NAM/LAMAR,LOUIS
AKA/FARUQ,KANALIFAH
DOB/19611112

WE DO NOT SHOW ANY ACTIVE WARRANTS ON THIS INDIVIDUAL FOR OUR AGENCY AT THIS TI
ME

THANKS IN ADVANCE

CHRISTIN JONES
BENTON COUNTY SHERIFF'S OFFICE

11:44