IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KHALFIFAH ABD-AL MUHAYMIN FARUQ**                               **PLAINTIFF**

**v.**                              **Civil No. 06-5182**

**SGT. BENJAMIN LITTLE, Siloam Springs
Police Department, JAMES HODGES,
Siloam Springs Police Department;
RANDY WILLIAMS, Owner of Williams
Trucking and A&W Trucking; BETH ECHOLS,
Deputy Prosecuting Attorney, et al.**                               **DEFENDANTS**

### O R D E R

Now on this 3rd day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6, filed November 13, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Faruq's claims are hereby **denied and this case is dismissed.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　**/s/Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　HON. JIMM LARRY HENDREN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**