IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KHALIFAH ABD-AL MUHAYMIN FARUQ                                    PLAINTIFF

v.                              Civil No. 06-5182

SGT BEJAMIN LITTLE, et al.                                        DEFENDANTS

### O R D E R

Now on this 2nd day of May, 2007, comes on for consideration **Plaintiff's Motion Seeking Relief from Judgment (Doc. 19)**. The Court, being well and sufficiently advised, finds and orders and follows with respect thereto:

1.  On January 3, 2007, the Court entered an order (Doc. 9) adopting the Magistrate Judge's Report and Recommendation (Doc. 6) and dismissing plaintiff's complaint.

2.  On April 20, 2007, plaintiff filed the instant motion seeking relief from the order of dismissal pursuant to Federal Rule of Civil Procedure 60(b). As grounds for the motion, plaintiff states that the Court did not consider his objections to the Report and Recommendation. Plaintiff acknowledges that his objections were not timely filed, but explains that he was unable to file them by the Court's deadline because he was in the segregation unit, where "no legal work is allowed." (Doc. 19 at pg. 1.)

3.  The Court has reviewed this case de novo and finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation. Accordingly, the Court finds no basis for granting plaintiff relief from the Court's

order adopting the Report and Recommendation and dismissing his complaint.

Plaintiff's **Motion Seeking Relief from Judgment (Doc. 19)** is therefore **DENIED**.

**IT IS SO ORDERED.**

> **/s/Jimm Larry Hendren**
> **HON. JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**