```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

KHALIFAH ABD-AL MUHAYMIN FARUQ                               PLAINTIFF

v.                        Civil No. 06-5182

SGT BENJAMIN LITTLE, et al.                                 DEFENDANTS

### O R D E R

Now on this 18th day of June, 2007, comes on for consideration **Plaintiff's Motion Seeking Relief from Judgment (Doc. 21)**. Plaintiff filed a virtually identical motion on April 20, 2007, and the Court entered an order denying the motion on May 2, 2007. (Docs. 19, 20.) The current motion is **DENIED** for the same reasons set out in the Court's previous order.

**IT IS SO ORDERED.**

                                **/s/Jimm Larry Hendren**
                                **HON. JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**